# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:21-mj-932
Priority Mail, USPS Tracking Number 9505 5152 6882 1333 8243 61, )
addressed to Ev Pierson, 113 Water Street, Hillsboro, Ohio 45133 )
with a return address of Joyce McCormick, 3678 Willowcrest Ave., )
North Hollywood, Ca 91604. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail, USPS Tracking Number 9505 5152 6882 1333 8243 61, addressed to Ev Pierson, 113 Water Street, Hillsboro, Ohio 45133 with a return address of Joyce McCormick, 3678 Willowcrest Ave., North Hollywood, Ca 91604.

located in the __Southern__ District of __Ohio__ , there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Andrew W. Kremer

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Andrew W. Kremer, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Dec 7, 2021**

Karen L. Litkovitz
**United States Magistrate Judge**

City and state: Cincinnati, Ohio

# AFFIDAVIT

I, Andrew W. Kremer, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since May 19, 2012. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service (USPIS) with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I completed United States Postal Inspection Service Basic Training in August 2012. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since August 2012 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following property, namely the package associated with the following United States Postal Service ("USPS") Priority Mail, USPS Tracking Number:

   a. 9505 5152 6882 1333 8243 61 (the "**Subject Package**")

   This Affidavit is made in support of a warrant to search the **Subject Package** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offense:

   a. Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841.

   Because this Affidavit is submitted in support of the application of the United States to search the **Subject Package**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Package**. The **Subject Package** is currently being held at the USPIS Cincinnati Field Office.

4. Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail were used, I have learned of certain characteristics associated with other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances. Some of these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at

the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. Through training and experience, your Affiant realizes that drug traffickers frequently engage in drug transactions through the mail, store narcotics, their proceeds, or packaging materials, etc., in the presence of one another. Therefore, the odor of a controlled substance is often present on the package, packaging materials, or contents of the package, including financial proceeds from narcotics trafficking such as cash, money orders, or other financial instruments.

6. On or about December 4, 2021, I intercepted the **Subject Package** at the USPS Network Distribution Center, Cincinnati, Ohio.

    The **Subject Package** is further described as:

    **Priority Mail, USPS Tracking Number:** 9505 5152 6882 1333 8243 61
    Weighing approximately 5 pounds 8 ounces in white box. Postage paid was $31.40.

    **Sender:** Joyce McCormick
    3678 Willowcrest Ave.
    North Hollywood, Ca 91604

    **Addressee:** Ev Pierson
    113 Water Street
    Hillsboro, Ohio 45133

7. I observed the **Subject Package** and reviewed USPS tracking information, which indicated the **Subject Package** was mailed at the Studio City Post Office, Studio City, California 91604.

8. I searched the CLEAR database for the listed return address of the **Subject Package**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses. The information obtained from the system indicated that there is no Joyce McCormick associated with that address.

9. I searched the CLEAR database for the listed addressee of the **Subject Package**. The information obtained from the system indicated that there is no Ev Pierson associated with that address. However, the last name Pierson is associated with that address.

10. On or about December 6, 2021, I arranged for Deputy Nick Poole, Hamilton County Sheriff's Office to utilize a narcotics canine to check the **Subject Package**. Deputy Poole and his canine "Akim" are a currently certified narcotics team. The team is

certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Deputy Poole reports that "Akim" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Akim" to be reliable. I met Deputy Poole at the USPIS Cincinnati Field Office, where the **Subject Package** was placed in a separate room among several other similar packages and presented to "Akim", who alerted positively to the presence or odor of a controlled substance upon the **Subject Package**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

11. Based upon my experience and training, this information, along with the positive alert of narcotic canine "Akim," is indicative of the **Subject Package** containing narcotics or proceeds relating thereof.

12. Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Package** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed. Therefore, a search warrant to open the **Subject Package** is requested.

Further, your Affiant sayeth naught.

_____
Andrew W. Kremer
U.S. Postal Inspector

Subscribed and sworn to and before me this __7th__ day of December, 2021.

_____
Karen L. Litkovitz
**United States Magistrate Judge**

3

United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

**Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives**

ON 12/6/2021, AT THE REQUEST OF POSTAL INSPECTOR A. KREMER I RESPONDED TO THE US POSTAL INSPECTION SERVICE CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, Tracking Number: 9505 5152 6882 1333 8243 61, addressed to Ev Pierson, 113 Water Street, Hillsboro, Ohio 45133 with a return address of Joyce McCormick, 3678 Willowcrest Ave., North Hollywood, Ca 91604.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

(Signature and Date) #1425 12/6/2021

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009